UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                    :

GUSTAVO ADOLFO PENATE,                                        :

                             Plaintiff,                                      :

                                                      :       21 Civ. 10934 (JPC)

           -v-                                                  :

                                                      :       <u>ORDER</u>

LEO'S BAGELS HANOVER SQUARE LLC d/b/a   :
LEO'S BAGELS *et al.*,
                                                      :

                           Defendants.                                :

                                                                      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties in this action participated in the Court-annexed Mediation Program on March 29, 2022. The Court understands from the final report of the mediator that the parties reached an agreement on all issues. Dkt. 14. Accordingly, it is hereby ORDERED that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by May 2, 2022. It is further ORDERED that the Initial Pretrial Conference ("IPTC") scheduled for April 7, 2022 and the March 31, 2022 deadline for the parties to file their pre-IPTC joint letter and proposed case management plan and scheduling order, Dkt. 13, is adjourned *sine die*.

       SO ORDERED.

Dated: March 31, 2022
       New York, New York
                                                                         JOHN P. CRONAN
                                                                   United States District Judge